# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**DIAMOND ALLEN,**

    **Plaintiff,**

v.                                            Case No. 1:23-cv-200-AW-HTC

**OFFICER T. COLLINS,**

    **Defendant.**

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

The magistrate judge issued a report and recommendation concluding Plaintiff's claims should be dismissed. ECF No. 12. There has been no objection to the report and recommendation, and I have determined it should be adopted. I now incorporate the report and recommendation into this order.

The clerk will enter a judgment that says, "Plaintiff's claims are dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim." The clerk will then close the file.

SO ORDERED on November 13, 2023.

                                                 s/ *Allen Winsor*
                                                 United States District Judge